IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSE WILFRED TELLERIA ARRAIAGA,

      Petitioner,

v.                             Case No. 5D14-1148

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed July 18, 2014.

Petition for Belated Appeal
A Case of Original Jurisdiction.

Jose Wilfred Telleria Arraiaga, Bristol, pro
se.

Pamela Jo Bondi, Attorney General
Tallahassee, and Wesley Heidt, Assistant
Attorney General, Daytona Beach, for
Respondent.


PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall be filed with

the trial court and be treated as the notice of appeal from the judgment and sentence

imposed in case no. 2012-CF-001468-A-0, in the Circuit Court in and for Orange County,

Florida. See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

EVANDER, COHEN, and WALLIS, JJ., concur.